**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **United States of America,**<br>*Plaintiff*<br><br>**v.**<br><br>**Ricardo Pagan,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-cr-00407-RP** |

**Order on Motion to Withdraw and Appoint New Counsel**

Before the Court is Defendant Ricardo Pagan's Motion to Withdraw as Attorney and for Appointment of New Counsel, filed October 13, 2026. Dkt. 34.

The Honorable Robert Pitman referred the Motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 36.

The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Attorney and for Appointment of New Counsel (Dkt. 34) is **GRANTED**. Supervisory Federal Public Defender Horatio Aldredge is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Public Defender (Dkt. 13; Dkt. 14), **Alfonso Cabanas Jr. #24056718** is hereby **APPOINTED** as Defendant's counsel of record.

**SIGNED** on October 15, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE